**Order entered November 15, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01297-CV

## IN THE INTEREST OF M.K. AND V.G., CHILDREN

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-30160-2017**

## ORDER

This is an accelerated appeal in a parental termination case filed by the Department of Family and Protective Services. *See* TEX. R. APP. P. 28.4. The clerk's and reporter's records have been filed, and appellant's brief is currently due December 2, 2018.

The clerk's record reflects appellant is indigent and that the trial court appointed Mark Heidenheimer to represent appellant at trial. The record further reflects the trial court "released" Mr. Heidenheimer from further representation of appellant on November 5, 2018. However, the record does not include appellant's contact information and does not reflect appellant, who is presumed to remain indigent through any appeals absent changed circumstances, has been appointed appellate counsel. *See In re P.M.*, 520 S.W.3d 24, 26 (Tex. 2016) (citation omitted).

Accordingly, we **ORDER** the trial court to appoint counsel to represent appellant on appeal and to transmit to this Court, **no later than November 26, 2018**, a supplemental clerk's

record containing the order of appointment. For purposes of notification, Mr. Heidenheimer shall remain in our records as appellant's counsel.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Angela Tucker, Presiding Judge of the 199th Judicial District Court; Collin County District Clerk Lynne Finley; and counsel, including Mr. Heidenheimer.

We **ABATE** the appeal, including the deadline to file appellant's brief, to allow the trial court an opportunity to comply with this order. It shall be reinstated no later than November 30, 2018. Upon reinstatement, the deadline for filing appellant's brief shall be reset.


/s/      DAVID EVANS
         JUSTICE